**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| MICHAEL WAMBOLD and ROBERT GUPTILL, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RTA MEDIA HOLDINGS, LLC d/b/a RACING AMERICA,<br><br>Defendant. | Case No. 1:25-cv-00096<br><br>**DECLARATION OF ELEANOR C. DAVIS IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS CLASS ACTION ALLEGATIONS PURSUANT TO FRCP 12(b)(6), 12(f) AND/OR 23(c)(1)(A)** |

I, Eleanor Davis, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an associate at Levi & Korsinsky, LLP, and counsel for Plaintiffs. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently thereto.

2. I make this Declaration in support of Plaintiffs' Supplemental Brief in Opposition to Defendant's Motion to Dismiss Class Action Allegations.

3. Attached as **Exhibit 1** is a true and correct copy of the transcript of the deposition of Plaintiff Michael Wambold, taken on June 23, 2026.

4. Attached as **Exhibit 2** is a true and correct copy of the transcript of the deposition of Defendant RTA Media Holdings, LLC by its designee, Colin Smith, taken on July 1, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 15, 2026

By: */s/ Eleanor C. Davis*
Eleanor C. Davis
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: Edavis@zlk.com

## **CERTIFICATE OF SERVICE**

I, Mark S. Reich, hereby certify that on July 15, 2026, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 15th day of July, 2026

By: *[/s/ Mark S. Reich]*
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com